Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Joseph Sutton (SBN 269951)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone:     (510) 832-9999
Facsimile:     (510) 832-1101

Attorneys for Plaintiff Donnabel Suyat
and the State of California on behalf of all
Current and Former employees of
Alexis Guest Home LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

|  |  |
|---|---|
| DONNABEL SUYAT, suing on behalf of the State of California and all current and former employees<br><br>                    Plaintiff,<br><br>        vs.<br><br>ALEXIS GUEST HOME LLC, and MARIA WINNIE MANDAP<br>                    Defendants. | Case No.  2:13-cv-01041-MCE-KJN<br><br>STIPULATION; ORDER FOR DISMISSAL |

1

2
     Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Donnabel Suyat by and through

3
her counsel of record hereby requests dismissal of this matter.  Pursuant to settlement agreement

4
with Defendants, the first through eighth causes of action are to be dismissed with prejudice.  The

5
ninth cause of action brought under the California Labor Code Private Attorney General Act and

6
any other collective and/or representative action contemplated in the Action is dismissed without

7
prejudice.

8

9
     Defendants Alexis Guest Home LLC, and Maria Winnie Mandap hereby stipulates to

10
Plaintiff's request.  Each of the undersigned parties agrees that it shall bear it own costs and

11
attorney's fees associated with this matter except as separately resolved by settlement agreement.

12

13

14
IT IS SO STIPULATED

15

16
Dated:     June 24, 2014     LAW OFFICES OF MALLISON & MARTINEZ

17

18
     By:    /s/ Stan S. Mallison
     Stan S. Mallison

19
     Attorneys for Plaintiff

20

21
Dated:     July 22, 2014     SHIMODA LAW GROUP

22

23
     By:    /s/ Justin Rodriguez
     Justin Rodriguez

24
     Attorney for Defendants
///
///
25
///
///
26
///
///
27
///
///
28
///
///

**ORDER**

Pursuant to the parties' stipulation, ECF No. 12, and Federal Rule of Civil Procedure 41, this case is DISMISSED.  The Clerk of the Court is DIRECTED to CLOSE this action.

IT IS SO ORDERED.

Dated:  July 22, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT